**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |  |
|---|---|---|
| Shraddha Patel | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO.   1:15-CV-00598 |
| | ) | (TSE/TCB) |
| | ) | |
| Kirit Patel, et al | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default and affidavit of, Matthew A. Crist, Counsel of Record for Plaintiff, Shraddha Patel, the Clerk of this Court does hereby enter the default of Prabudas Patel, Nisha Patel, Suresh Patel, Atul Patel and Nina Patel for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT


BY:   /s/
JUDITH LANHAM
DEPUTY CLERK

DATED:  09/22/2015