AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)  FILED

Civil Action No. 1:15-cv-00598-TSE-TCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2015 OCT -2  P 4: 22

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

This summons for *(name of individual and title, if any)* __Kirit Patel__

was received by me on *(date)* __8/5/2015__.

☑ I personally served the summons on the individual at *(place)* __786 Fairway Cir Mammoth Lakes CA__ on *(date)* __8/31/2015__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ __50__ for travel and $ __53.00__ for services, for a total of $ ~~$0.00~~ __103.00__.

I declare under penalty of perjury that this information is true.

Date: __10/1/15__

__Jeanne Lummis__
Server's signature

__Jeanne Lummis · Owner__
Printed name and title

Justified Legal
1335 Rocking W Drive ste 351
Bishop, CA 93514 # 12-05 Inyo
Justified Legal
Server's address

Additional information regarding attempted service, etc:

PLEASE SEE ATTACHED
DOCUMENT FOR
NOTARY STAMP

**CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGEMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Inyo_

On _Oct 1, 2015_ before me, _Lucinda A. Clignett_ (notary public) personally appeared _Jeanne Lummis_ , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the law of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

LUCINDA A. CLIGNETT
COMM. #2092771
Notary Public · California
Inyo County
My Comm. Expires Dec. 8, 2018

Signature _Lucinda A. Clignett_ (seal)

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED

Civil Action No. 1:15-cv-00598-TSE-TCB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

2015 OCT -2 P 4: 22

CLERK US DISTRICT COURT
ALEXANDRIA VIRGINIA

This summons for *(name of individual and title, if any)* __Krupa Patel__

was received by me on *(date)* __8/5/15__.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Kirit Patel__, a person of suitable age and discretion who resides there,

on *(date)* __8/31/15__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __50.00__ for travel and $ __53.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/1/15__

_Jeanne Lummis_
Server's signature

Jeanne Lummis - Owner
Printed name and title

1335 Rocking W Drive Ste 351
Bishop CA 93514
760-920-0831 Reg# 12-03TN40
Certified Legal
Server's address

Additional information regarding attempted service, etc:

· PLEASE SEE ATTACHED
DOCUMENT FOR
NOTARY STAMP

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGEMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of __INYO__

On __Oct 1, 2015__ before me, __Lucinda A. Clignett__ (notary public)

personally appeared __Jeanne Lummis__,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the law of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

LUCINDA A. CLIGNETT
COMM. #2092771
Notary Public - California
Inyo County
My Comm. Expires Dec. 8, 2018

Signature _Lucinda A. Clignett_    (seal)