United States District Court
Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| Shraddha Patel | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE No.: 1:15-cv-00598-TSE-TCB |
| | ) |
| Kirit Patel, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff, by and through her attorneys, hereby requests the Clerk of the Court to enter Default against Defendants Kirit Patel and Krupa Patel. Please see attached affidavit in support.

SHRADDHA PATEL,

By: _____
Counsel

Douglas M. Coleman, VSB #25035
Matthew A. Crist, VSB #85922
Coleman Law Group PLC
602 Cameron Street
Alexandria, Virginia 22314
(703) 739-4200 (telephone)
(703) 739-4210 (facsimile)

1

United States District Court
Eastern District of Virginia
<u>Alexandria Division</u>

| | |
|---|---|
| **Shraddha Patel** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Kirit Patel, et al.,** )<br>)<br>**Defendants.** )<br>)<br>) | CASE No.: 1:15-cv-00598-TSE-TCB |

<u>**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**</u>

I, Matthew A. Crist, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

The undersigned, being duly sworn, upon oath deposes and says:

1) I am the attorney for the Plaintiff in this action.

2) A complaint was filed herein on 7 May 2015.

3) Service of process was had on Defendants Kirit Patel and Krupa Patel on 31 August 2015.

4) More than twenty one (21) days has elapsed since the above named Defendants in this action were served, and the listed Defendants have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

5) Upon information and belief, the above listed Defendants are not infants, incompetent, or presently engaged in military service.

6) Plaintiff requests that the Clerk of Court enter default against the above listed Defendants.

                                                                       Attorney for Plaintiff

Sworn to and subscribed before
Me this 6th day of October, 2015.

_____
Notary Public

My Commission Expires: 09/30/2017

> OLGA V. JOHNSON
> NOTARY PUBLIC
> REGISTRATION # 7575988
> COMMONWEALTH OF VIRGINIA
> MY COMMISSION EXPIRES
> SEPTEMBER 30, 2017

                                        SHRADDHA PATEL,

                                        By: _____
                                               Counsel

Douglas M. Coleman, VSB #25035
Matthew A. Crist, VSB #85922
Coleman Law Group PLC
602 Cameron Street
Alexandria, Virginia 22314
(703) 739-4200 (telephone)
(703) 739-4210 (facsimile)

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing was sent via first class mail, postage prepaid, this 6 day of Oct, 2015, to:

Kirit Patel
786 Fairway Cir
Mammoth Lakes, CA 93546

Krupa Patel
786 Fairway Cir
Mammoth Lakes, CA 93546

Atul Patel
125 Grandview Blvd
Reading, PA 19609

Nina Patel
125 Grandview Blvd
Reading, PA 19609

Manu Patel
738 Market Street
Gloucester City, NJ 08030

Prabudas Patel
2645 Turning Leaf Dr.
Lawrenceville, GA 30044

Nisha Patel
2645 Turning Leaf Dr.
Lawrenceville, GA 30044

Suresh Patel
125 Grandview Blvd
Reading, PA 19609

_____
Counsel

4