UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| SHRADDHA PATEL, | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civ. No. 1:15cv598 |
|  | ) | |
| KIRIT PATEL, et al., | ) | |
| Defendants. | ) | |
|  | ) | |

MEMORANDUM OPINION

THIS MATTER comes before the Court on Defendant Atul Patel's Motion to Compel Plaintiff's Shraddha Patel Responses and Objections to Defendant's Atul Patel First Set of Request for Production of Documents (Dkt. 83) and Defendant Nina Patel's Motion to Compel Plaintiff's Shraddha Patel Responses and Objections to Defendant's Nina Patel First Set of Request for Production of Documents (Dkt. 86).

The undersigned has reviewed all of the pleadings. Because plaintiff's objections were filed nearly 30 days late, the objections are all hereby stricken. Parties must fully respond to all discovery requests at the time the responses are due. There is a duty to supplement with any after-discovered information, but that duty does not mean that the party responsible for answering the discovery may produce the full and complete responses at any time they wish. Failure to provide

complete responses within 30 days as required by the Rules is unacceptable and a violation of the Federal Rules of Civil Procedure.

Further, it is hereby ordered that the Requests for Production of Documents shall be answered completely and, because all objections were stricken as untimely, plaintiff must produce responses without redaction or withholding, except as to plaintiff's current home address. Plaintiff must also identify specifically by Bates number which documents are responsive to which request. Further, plaintiff must identify which, if any, of the audio and video files were made by the Arlington County Police. Plaintiff must also obtain and produce medical bills and all records relating to her claim for damages. Further, plaintiff must produce medical records or produce signed medical releases as to all of her medical providers who treated her with regard to the Requests for Production of Documents.

Plaintiff must produce all responses and documents within eleven (11) days of this Order.

Further, defendants Atul and Nina Patel are instructed to submit a statement of fees and costs incurred in connection with bringing these Motions.

An appropriate order shall issue.

/s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

February 26, 2016
Alexandria, Virginia