UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SHRADDHA PATEL, )<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>KIRIT PATEL, et al., )<br>    Defendants. )<br>) | Civ. No. 1:15cv598 |

MEMORANDUM OPINION

THIS MATTER comes before the Court on Defendants Prabudas and Nisha Patel's Motion to Vacate Default and to Permit Late Responsive Pleading (Dkt. 101) and Plaintiff's Motion for Reconsideration of the 26 Feb 2016 Orders (Dkt. 113). The undersigned has reviewed all of the pleadings and makes the following findings.

Regarding defendants Prabudas and Nisha Patel's motion to vacate default and permit a late responsive pleading, this Court notes that plaintiff's case is proceeding to trial against defendants Atul and Nina Patel. Furthermore, there is a strong preference in the law that cases be determined on their merits, and thus default judgments are disfavored. As such, defendants Prabudas and Nisha Patel's motion is granted.

As to plaintiff's motion for reconsideration, plaintiff has not presented any new facts or arguments that were not already considered by the undersigned when this Court ruled on

defendants Atul and Nina Patel's motions to compel. Therefore, plaintiff's motion is denied.

An appropriate order shall issue.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

March 10, 2016
Alexandria, Virginia