# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| SHRADDHA PATEL, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 1:15-CV-00598-TSE-TCB |
| ) | |
| KIRIT PATEL, et al., ) | |
| ) | |
| Defendants. ) | |

## **DEFAULT JUDGMENT**

Pursuant to the Order issued on August 18, 2017, DEFAULT JUDGMENT is hereby entered in favor of plaintiff SHRADDHA PATEL, and against defendants KIRIT PATEL and KRUPA PATEL in the total amount of $4,000.00 with respect to plaintiff's claims for false imprisonment, battery, assault, intentional infliction of emotional distress, and conspiracy. Additionally, DEFAULT JUDGMENT is entered in favor plaintiff SHRADDHA PATEL, and against only defendant KIRIT PATEL in the amount of $1,500.00 for the Virginia Computer Crimes Act claim.

Alexandria, Virginia
August 21, 2017

FERNANDO GALINDO
Clerk

 /s/ M. Pham
Courtroom Deputy